Kurtz v. Kurtz.

---

## Mary Kurtz v. William H. H. Kurtz.

1. APPELLATE COURT PRACTICE—*Briefs Must be Filed as Required by the Rules.*—The decree in this case is reversed and the cause remanded on account of the failure of defendant in error to file briefs as required by the rules of the court.

**Separate Maintenance.**—Error to the Circuit Court of Massac County; the Hon. ALONZO K. VICKERS, Judge, presiding. Heard in this court at the February term, 1897. Reversed and remanded. Opinion filed September 10, 1897.

C. L. V. MULKEY, attorney for plaintiff in error; THOMAS B. LOVE, of counsel.

No appearance for appellee.

OPINION PER CURIAM.

Defendant in error having failed to file his brief in compliance with the requirements of the rules of this court, and no sufficient reason or excuse having been offered for such failure, the decree is therefore reversed and the cause remanded.